COMMONWEALTH *vs.* EDWARD J. HUSSEY (No. 2). July 15, 1991. *Arrest.
Constitutional Law*, Admissions and confessions, Waiver of constitutional
rights, Assistance of counsel, Self-incrimination. *Evidence*, Admissions and
confessions. *Waiver. Practice, Criminal*, Assistance of counsel, Capital
case.

This case, and *Commonwealth* v. *Hussey (No. 1)*, *ante* 664 (1991), are
appeals from the same defendant's convictions of murder in the first de-
gree. The cases involve murders alleged to have occurred in different coun-
ties. In both cases, the defendant moved to suppress incriminating state-
ments he gave while he was in custody at the Gloucester police station in
the early morning of December 2, 1988. The motions in the two cases and
in a third case as well were the subject of a single hearing, and the parties
agree that the judge's findings, rulings, and conclusions based on that
hearing apply to all of the indictments. The issues on appeal in *Common-
wealth* v. *Hussey (No. 1)*, *supra*, and the present case are the same, and
our analyses and conclusions are the same in both cases. A full discussion
may be found in our opinion in the other case and need not be repeated
here.

*Judgment affirmed.*

*Dana A. Curhan* for the defendant.
*LaDonna J. Hatton*, Special Assistant District Attorney, for the
Commonwealth.